**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **HENRY GONZALEZ RENDON,** ) <br> a/k/a Jose R. Matosrivera, ) <br> a/k/a Alfredo Vigomontalvo, ) <br>   ) <br> Petitioner, ) <br> v. ) <br>   ) <br> **UNITED STATES OF AMERICA,** ) <br>   ) <br> Respondent ) | No.  2:13-cr-00113-GZS <br>        2:15-cv-00039-GZS |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 54) filed September 15, 2015, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Petitioner's 28 U.S.C. §2255 motion (ECF No. 46) is hereby **DENIED**.

It is hereby **ORDERED** that no certificate of appealability shall be issued pursuant to Rule 11 of the Rules Governing Section 2255 cases because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. §2253(c)(2).

      /s/ George Z. Singal      
      United States District Judge

Dated this 9th day of November, 2015.